994

No. 10–9406. ARUANNO v. BOOKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9407. BOCZKOWSKI v. JACKSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9410. HERNANDEZ v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9415. PEREZ v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9416. LERAJJAREANRA-O-KEL-LY v. OLSEN ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 10–9421. SCINTO v. PRESTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9422. SHEEDY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–9425. BYRD v. ARIAS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9427. ADAMS v. JACOBS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–9428. CRISDON v. NEW JERSEY DEPARTMENT OF EDUCATION. C. A. 3d Cir. Certiorari denied.

No. 10–9429. CURIEL v. WALKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9435. BROWN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–9447. SAUNDERS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–9448. HULLUM v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 10–9462. JACKSON v. HERNDON, WARDEN. C. A. 9th Cir. Certiorari denied.